# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

143603

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

KEONDO SHAMAAR TAYLOR,
      Defendant-Appellant.

SC: 143603
COA: 296915
Jackson CC: 08-004311-FH

_____/

      By order of December 7, 2011, the application for leave to appeal the June 28, 2011 judgment of the Court of Appeals was held in abeyance pending the decision in *People v Vaughn* (Docket No. 142627). On order of the Court, the case having been decided on July 9, 2012, 491 Mich 642 (2012), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012

_____
Clerk

t0917